J-S25029-12

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| COMMONWEALTH OF PENNSYLVANIA, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellee | |
| v. | |
| RANDAL R. RUSHING, | |
| Appellant | No. 898 MDA 2011 |

Appeal from the Judgment of Sentence October 4, 2010
In the Court of Common Pleas of Lackawanna County
Criminal Division at No(s): CP-35-CR-0002572-2008

BEFORE:  STEVENS, P.J., BOWES, and STRASSBURGER,[**] JJ.

JUDGMENT ORDER BY BOWES, J.:              **FILED OCTOBER 01, 2014**

The Pennsylvania Supreme Court having reversed this Court's prior order and reinstated Randal R. Rushing's judgment of sentence for kidnapping and second-degree murder, **see Commonwealth v. Rushing**, __ A.3d __ (Pa. 2014) (filed August 18, 2014), we hereby remand the record to the trial court.

Jurisdiction relinquished.

P.J. Stevens did not participate in this Court's consideration or decision of this judgment order.

_____

[**] Retired Senior Judge assigned to the Superior Court.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 10/1/2014